1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

DAVID ALLEN POLITTE,

Case No.:  19CV1506-KSC

12

Plaintiff,

**ORDER GRANTING APPLICATION
TO PROCEED IN FORMA
PAUPERIS [DOC. NO. 3]**

13

v.

14

ANDREW H. SAUL, Commissioner of
Social Security,

15

16

Defendant.

17

18

On August 12, 2019, plaintiff David Allen Politte commenced an action against

19

Andrew H. Saul, the Commissioner of Social Security, seeking review of a final adverse

20

decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed an Application to Proceed

21

with his Complaint in forma pauperis. [Doc. No. 3.] The Application is in the form of an

22

affidavit. [*Id*.]

23

A court may authorize the commencement of a suit without prepayment of fees if

24

the plaintiff submits an affidavit, including a statement of all his or her assets, showing

25

that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must

26

"state the facts as to [the] affiant's poverty with some particularity, definiteness and

27

certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal

28

quotations omitted).

1

1    A party need not be completely destitute to proceed in forma pauperis. *Adkins v.*
2    *E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient
3    if it shows that the applicant cannot pay the fee "and still be able to provide himself [or
4    herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).
5    Here, plaintiff's affidavit states that he is unemployed and has limited income and
6    assets. His only income is public-assistance food stamps, totaling $198 per month. [Doc.
7    No. 3, p. 2.] He lives with his parents and contributes his food stamps to the household.
8    [*Id.*, p. 5.] His parents keep track of how much he owes them. [*Id.*] His only asset is his
9    car, a 2010 Jeep Commander, which is unencumbered and valued at $16,000. [*Id.*, pp. 2-
10   3.] Therefore, the Court finds that plaintiff has submitted an affidavit which sufficiently
11   shows that he lacks the financial resources to pay her filing fee. Accordingly,
12   IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his
13   Complaint in forma pauperis is GRANTED. [Doc. No. 3.]
14   Dated: August 14, 2019

     Hon. Karen S. Crawford
     United States Magistrate Judge