

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Allen Politte<br><br>Plaintiff,<br><br>V.<br><br>Andrew Saul, Commissioner of Social Security<br><br>Defendant. | Civil Action No. 19-cv-01506-BEN-AHG<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is DENIED. Defendant's cross-motion for summary judgment is GRANTED. Accordingly, the Commissioner of the Social Security Administration's final decision is AFFIRMED. The Clerk shall enter judgment accordingly and terminate the case.

Date: 8/11/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler
M. Exler, Deputy